FRANK ERN, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Ern* v. *Brooklyn Heights R. R. Co.*, 101 App. Div. 609, affirmed.
(Submitted January 26, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1905, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*Alfred J. Gilchrist* and *Carl J. Heyser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.